THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Ronald Garrard, Appellant.
 
 
 

Appeal From Richland County
 L. Henry McKellar, Circuit Court Judge
 Henry F. Floyd, Circuit Court Judge

Unpublished Opinion No. 2004-UP-560
Submitted November 1, 2004  Filed November 5, 2004

APPEAL DISMISSED

 
 
 
 Assistant Appellate Defender Robert M. Pachak, Office of Appellate Defense, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Office of the Attorney General, all of Columbia; and  Solicitor John Gregory Hembree, of Conway, for Respondent.
 
 
 

PER CURIAM:  Ronald Garrard was indicted for criminal sexual conduct with a minor in the first degree and for a lewd act.  He was tried on January 8-10, 2002.  He was found guilty as charged and sentenced to concurrent sentences of six years for criminal sexual conduct and four years for lewd act.  Garrard appeals, arguing the trial judge erred in refusing to grant his motion for directed verdict.  On appeal, counsel for Garrard has filed a brief pursuant to Anders v. California, 386 U.S. 738 (1967), asserting that there were no meritorious grounds for appeal and requesting permission to withdraw from further representation.  Garrard filed a pro se response.  
After a thorough review of the record pursuant to Anders and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsels petition to be relieved.
APPEAL DISMISSED.[1]
ANDERSON, STILWELL, and SHORT, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.